ORIGINAL

FILED

07/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0247

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0247

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ROBERT MATHEW HOLGUIN, JR.,

    Defendant and Appellant.

FILED

JUL 05 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for Appellant Robert Mathew Holguin Jr. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Holguin time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude no arguments with potential legal merit can be raised in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Holguin personally.

DATED this 5th day of July, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2